Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT  ☐ SUPERSEDING  Case Number: **21-137**
    ☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
    ☐ RULE 20                                                **DCLC2**

USA v. **Spencer Dale Holt**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case    Immigration Cases ☐ Zone A  ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: **Meghan L. Gomez**

Matter Sealed:  ☑ YES  ☐ NO    Place of Offense: **Cocke County**

☐ Interpreter Required  Language: _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☑ Other: **HSI**

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed      Case Number: _____

☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter         Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:  Total # of Counts for this Defendant **2**

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| Set 1 | 18 U.S.C. 2252A(a)(2)(A) and (b)(1) | Distribution of child pornography | Y | 1 | |
| Set 2 | 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Possession of child pornography | Y | 2 | |

(Attach additional page, if needed)

Attorney Signature **s/Meghan L. Gomez**